# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEREMY BANEY, | : | No. 60 MAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 752 MD |
| | : | 2018 dated August 26, 2020. |
| v. | : | |
| | : | |
| | : | |
| MIKE FISHER, MICHAEL T. MADEIRA, | : | |
| KEVIN BARR, CHRISTOPHER SCHMIDT, | : | |
| AND JOSH SHAPIRO OF THE PA. | : | |
| ATTORNEY GENERAL'S OFFICE, RUSS | : | |
| BURCHER OF THE PA. STATE POLICE, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                        **DECIDED:  September 22, 2021**

AND NOW, this 22nd day of September, 2021, the Order of the Commonwealth Court is **AFFIRMED**.